IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 APR 21 PM 2: 21

ROBERT R. DI TRIO
CLERK, U.S. DI .. CT.
W.D. OF TN, MEMPHIS

JERRY L. BILLINGSLEY,

    Plaintiff,

v.       No. 02-2920-B/V

SHELBY COUNTY, et al.,

    Defendants.

## ORDER OF REFERENCE

Before the Court is the motion of the pro se Plaintiff, Jerry L. Billingsley, entitled, "Pro Se Plaintiff's Objection, to Defendant's Rule 26(a)(1) and Motion for Clarification, on how to Proceed, and Remedy," filed on April 19, 2005 (Docket Entry No. 147). The Court construes Billingsley's motion as simply an objection and motion to strike the Defendants' supplemental 26(a)(1) disclosures, which Plaintiff contends contain the names of individuals who were not previously disclosed to him and as a result of which Plaintiff has not had an opportunity to take discovery from them.

This pleading is referred to the magistrate judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

IT IS SO ORDERED this 21st day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-22-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 149 in case 2:02-CV-02920 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Dedrick Brittenum
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

J. Phillip Kerley
BREAKSTONE & ASSOCIATES
8 S. Third St.
4th Floor
Memphis, TN 38103

Jerry L. Billingsley
1670 Altavista
Memphis, TN 38127

Betsy McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable J. Breen
US DISTRICT COURT