IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JERRY L. BILLINGSLEY,

    Plaintiff,

v.                                             No. 02-2920 B

SHELBY COUNTY, et al.,

    Defendants.

---

### ORDER DIRECTING CLERK TO ENTER PLAINTIFF'S FILINGS ON THE DOCKET

---

On April 13, 2005, the pro se Plaintiff, Jerry L. Billingsley, filed his motion in opposition to the Defendant Jon Kirkland's motion for summary judgment by placing it in the Court's after hours depository. Upon subsequent review of the motion, it came to the Court's attention that two additional motions of the Plaintiff were clipped to the back of the April 13, 2005 filing--motions in opposition to the motions for summary judgment filed by Defendants Shelby County and John Ford. As these motions were neither file stamped nor docketed, the Clerk is hereby instructed to enter these filings on the docket as of April 13, 2005.

**IT IS SO ORDERED** this ___ day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-3-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 154 in case 2:02-CV-02920 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

Dedrick Brittenum
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Betsy McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

J. Phillip Kerley
BREAKSTONE & ASSOCIATES
8 S. Third St.
4th Floor
Memphis, TN 38103

Jerry L. Billingsley
1670 Altavista
Memphis, TN 38127

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable J. Breen
US DISTRICT COURT