IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -9  PM 12: 07

ROBERT H. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

JERRY L. BILLINGSLEY,

      Plaintiff,

v.                                                                                  No. 02-2920-B/V

SHELBY COUNTY, OFFICER J. FORD,
and MEMPHIS POLICE DEPARTMENT,
OFFICER JON KIRKLAND,

      Defendants.

---

## ORDER OF REFERENCE

---

    Before the Court is Defendant Officer Jon Kirkland's Motion to Strike Plaintiff's Motion in Opposition to Defendant's Motion for Summary Judgment, the Affidavit of Gregory Westbrook, and the Plaintiff's Response in Support of Plaintiff's Motion in Opposition of Defendants' Joint Motion for Mental Examination of Plaintiff and Defendant Officer Jon Kirkland's Motion for a Status Conference filed on April 21, 2005.

    This request is referred to the United States Magistrate Judge for determination.  Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections.  Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection.  See Rule 72(a), Federal Rules of Civil Procedure.

    **IT IS SO ORDERED** this 6 day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

ocument entered on the docket sheet in compliance
.le 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 163 in case 2:02-CV-02920 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Dedrick Brittenum
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Betsy McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Jerry L. Billingsley
1670 Altavista
Memphis, TN 38127

J. Phillip Kerley
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable J. Breen
US DISTRICT COURT