IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 MAY 20 PM 4:06
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| JERRY L. BILLINGSLEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SHELBY COUNTY, DEPUTY JAILER )<br>JOHN FORD, and MPD OFFICER JON )<br>KIRKLAND, )<br>)<br>Defendants. ) | No.   02-2920 BV |

ORDER ON MOTION OF DEFENDANTS TO CLARIFY CASE AS NONJURY (No. 105)

Before the court is the December 21, 2004 motion of the defendants seeking a clarification from the court as to whether the trial of this case will be a jury trial or non-jury trial. In support of their motion, the defendants point out that none of the parties ever requested a jury in writing nor is there any agreement among the parties to try this case to a jury. The motion was referred to the United States Magistrate Judge for determination. A hearing was held on Friday, May 20, 2005. Present at the hearing were Jerry Billingsley, proceeding pro se, Deadrick Brittenum, attorney for Officer Ford and Shelby County, and Deborah Godwin and Elizabeth McKinney, attorneys for Officer Kirkland. For the reasons stated at the hearing on the record and for the following reasons, the court finds that there was no request for a jury as

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-23-05

179

required by Rule 38 of the Federal Rules of Civil Procedure, and the case should be set for trial before the court without a jury.

Rule 38(b) states that "[a]ny party may demand a trial by jury of any issue triable of right by a jury by (1) serving upon the other parties a demand therefor in writing at any time after the commencement of the action and not later than 10 days after the service of the last pleading directed to such issue, and (2) filing the demand as required by 5(d)." Neither party has made a demand for a jury in writing. Rule 38(d) states that "[f]ailure to serve and file a demand as required by this rule constitutes a waiver by the party.

The complaint filed by Billingsley does not contain a request for a jury trial. None of the defendants requested a jury in their answers. Billingsley contends that the parties agreed to a jury trial at the April 8, 2003 scheduling conference before Judge McCalla. The scheduling order does not reflect this assertion. Rather, it states that the case is "SET FOR TRIAL." Furthermore, it would have been impossible for Officer Jon Kirkland to enter into an agreement at that time because he had not been served, he was not present nor was any counsel present on his behalf. In addition, the case docket states that a jury has NOT been demanded.

The defendants, in their joint motion for clarification, believe that the confusion arose because at some point the court began referring to this case as a jury trial. *See* Docket No. 68,

Amended Scheduling Order, signed by Judge Breen and Docket No. 101, Amended Scheduling Order, also signed by Judge Breen, as well as Docket No. 104, Notice of Re-Setting of the trial date.

Accordingly, this case shall be docketed as non-jury and tried to the court without a jury.

IT IS SO ORDERED this 20th day of May, 2005.

*Diane K. Vescovo*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 179 in case 2:02-CV-02920 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Jerry L. Billingsley
1670 Altavista
Memphis, TN 38127

Betsy McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

J. Phillip Kerley
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Dedrick Brittenum
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT