IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JERRY L. BILLINGSLEY,            )
                                 )
        Plaintiff,               )
                                 )
vs.                              )      No. 02-2920BV
                                 )
SHELBY COUNTY,                   )
OFFICER JOHN FORD, and           )
OFFICER JON KIRKLAND,            )
                                 )
        Defendants.              )

ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFF'S REQUEST FOR SUBPOENAS FILED APRIL 29, 2005

On April 29, 2005, the plaintiff, Jerry L. Billingsley, proceeding *pro se*, filed a request seeking to have the court issue subpoenas for thirty-two witnesses to appear at trial, which is scheduled for Monday, June 6, 2005, and give testimony. The request was referred to the United States Magistrate Judge for determination. A hearing was held in open court on Friday, May 20, 2005. Present at the hearing were Jerry Billingsley; Deadrick Brittenum, attorney for Officer Ford and Shelby County; and Deborah Godwin and Elizabeth McKinney, attorneys for Officer Kirkland. For the reasons that follow, the request is granted in part and denied in part.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-25-05



I.  Shelby County Witnesses

Billingsley seeks subpoenas for thirteen witnesses employed by or associated with Shelby County. It is not necessary to issue a subpoena for Deputy Jailer Jon Ford because he is a defendant and will be present, and therefore Billingsley's request for a subpoena is denied as to Ford. Counsel for Shelby County objects to the issuance of subpoenas for Steve Shular, assistant to the Sheriff, and for Shelby County Sheriff Mark Luttrell on the grounds that neither of these persons has any first-hand knowledge of information relating to the remaining claims in this lawsuit, and any testimony that they would provide would be hearsay. Billingsley insists that both these witnesses can provide relevant testimony on the failure of the County to properly investigate his complaints. It does not appear that the failure of the County to investigate is still a viable claim. Accordingly, the testimony of Shular and Luttrell would not be relevant, and Billingsley's request for subpoenas for Shular and Luttrell is denied.

Billingsley also seeks to subpoena attorney Robert Hutton and Special Master Charles Fisher. Attorney Hutton represents plaintiff Darius Little in another lawsuit, *Darius Little v. Dowd, et al*, No. 96-6520Ml, concerning conditions at the Shelby County Jail at 201 Poplar where Billingsley was housed when he was allegedly assaulted. Fisher was appointed by the court as Special Master to

2

investigate the status of the jail and report to the court. Billingsley claims that Hutton and Fisher can give testimony about matters that the jail failed to correct pursuant to court order and which, if corrected, would have prevented this assault on him by another inmate. The court finds that Billingsley has failed to establish how the testimony of Hutton and Fisher would be relevant to his lawsuit and therefore denies his request for a subpoena for Hutton and Fisher.

As to the remainder of the witnesses associated with the claim against the county, Billingsley's request for subpoenas is granted. The Clerk of the Court is directed to issue the requested subpoenas for the following witnesses located at 201 Poplar, Suite 901, Memphis, Tennessee 38103 and deliver them to the United States Marshal for service of process:

1. Captain Kinney
2. Supervisor Bobby Davis
3. Sgt. Redden
4. Director of Medical department Mr. Cooper
5. Dr. Stapanick of jail Medical Department
6. Nurse Jones and Nurse Driver of jail medical
7. Deputy Jailer Marcus Twilla
8. Deputy K. Scott
9. Deputy Jailer Melvin Reynolds

II.  City of Memphis Witnesses

Billingsley seeks subpoenas for eight witnesses employed by or associated with the City of Memphis. Counsel for Memphis Police Officer Jon Kirkland objects to the issuance of subpoenas for Lt. C. Luhrs, Sgt. J. McClain, L.M. Charnes, and Officer Maurice Burton on the grounds that the only testimony these witnesses would provide would relate to the plaintiff's allegations that the City failed to properly investigate his complaints which allegations have been dismissed. It appears that these witnesses do not have first hand knowledge of information relevant to the remaining Eighth Amendment claim against Officer Kirkland. Therefore, Billingsley's request for subpoenas for these witnesses is denied.

Counsel for Officer Kirkland also objects to the issuance of subpoenas for Officer Johnny Harper and Officer William Singleton on the grounds that they have no first-hand knowledge of information relevant to the claims and defenses in this lawsuit. Billingsley explains that these two persons are friends of his who also are police officers and will testify as to the proper handling of a gun and the department's policy on training a weapon on someone. Officer Kirkland's objections are overruled, and the subpoenas will issue.

The Clerk of the Court is directed to issue the requested subpoenas for the following witnesses located at 201 Poplar, 12th

4

Floor, Memphis, Tennessee 38103 and deliver them to the United States Marshal for service of process:

1. Captain Newt Morgan
2. Major Raymond Hopkins
3. Officer Johnny Harper
4. William Singleton

III. Personal Witnesses

Finally, Billingsley seeks subpoenas for ten witnesses he categorizes as personal. There were no objections from the defendants as to these witnesses. Therefore, the Clerk of the Court is directed to issue the requested subpoenas for the following witnesses at the addresses indicated and deliver them to the United States Marshal for service of process:

1. Jerry Porter
   1096 Olean
   Memphis, TN 38104

2. Charge Nurse Ms. Owens
   Regional Medical Center
   877 Jefferson Ave.
   Memphis, TN 38103

3. Patient Assistance Ms. Bolden
   Regional Medical Center
   877 Jefferson Ave.
   Memphis, TN 38103

4. Dr. Dwight Dishmon
   Medplex
   880 Madison
   Memphis, TN 38103

5

    5. Dr. William Dorko
       Medplex
       880 Madison
       Memphis, TN 38103

    6. Antonia Herron
       3912 Enver St.
       Memphis TN 38127

    7. Jermaine Hampton
       201 Poplar
       Memphis, TN 38103

    8. Jimmy Lawrence (aka) James Lawrence
       Booking No. 01139572
       2232 Pamela
       Memphis, TN 38128

    9. Gregory Westbrook
       Booking No. 01136273
       1241 Park Rd.
       Memphis, TN 38119

    10. Andrew Townsend
       Booking No. 01140813
       1201 Mary Jane
       Memphis, TN 38126

Billingsley also requests that writs of habeas corpus ad testificandum issue for the following three of the witnesses who are presently incarcerated at the Shelby County Correctional Facility:

    1. Jerry Porter

    2. Jimmy Lawrence a/k/a James Lawrence

    3. Jermaine Hampton

Billingsley's request is granted, and these writs will be issued.

## CONCLUSION

Billingsley's request for subpoenas is granted in part and denied in part. The clerk of the court shall issue the subpoenas as directed herein after a final pre-trial order is entered and only upon confirmation by Judge Breen's case manager of the trial going forward on the date scheduled.

IT IS SO ORDERED this 23rd day of May, 2005.

*Diane K. Vescovo*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 185 in case 2:02-CV-02920 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Jerry L. Billingsley
1670 Altavista
Memphis, TN 38127

Betsy McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

J. Phillip Kerley
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Dedrick Brittenum
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT