IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JERRY L. BILLINGSLEY,

    Plaintiff,

v.                                                                    No. 02-2920-B/V

SHELBY COUNTY, et al.,

    Defendants.

### ORDER DENYING PLAINTIFF'S REQUEST FOR DATE
### AND TIME OF EVALUATION OF PLAINTIFF

Before the Court is a document filed by the pro se Plaintiff, Jerry Billingsley, for a request to compel the Defendants to provide him the date and time of his evaluation by Dr. William Wolters. According to the motion, Plaintiff claims that he has spoken with defense counsel Debra Godwin on several occasions about scheduling a date, however, she advises the Plaintiff that Dr. Wolters is still in the process of gathering medical information concerning Billingsley from his other physicians and/or psychiatrists/psychologists. Consequently, apparently no new date for an evaluation has been set.

The Court currently has scheduled with the parties a status conference on June 22, 2005, at 1:15 p.m. Inasmuch as part of the reason for the delay was the unwillingness of the Plaintiff to initially provide a release of his medical records, the Court will not compel at this point the Defendants to schedule a certain date until Dr. Wolters has had a reasonable opportunity to obtain Plaintiff's records. The Court will also discuss the status of this examination with the parties at the conference on June 22.

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 6-20-05

Accordingly, for the reasons stated herein, Plaintiff's request from Defendants for date and time of his mental evaluation is DENIED.

**IT IS SO ORDERED** this 17th day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 196 in case 2:02-CV-02920 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Dedrick Brittenum
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Jerry L. Billingsley
1670 Altavista
Memphis, TN 38127

Betsy McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

J. Phillip Kerley
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT