IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JERRY L. BILLINGSLEY,

    Plaintiff,

v.                                No. 02-2920 B

SHELBY COUNTY DEPARTMENT
OF CORRECTION, et al.,

    Defendants.

## ORDER GRANTING DEFENDANT KIRKLAND'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF WITNESSES

Before the Court is the motion in limine of the Defendant, Jon Kirkland, to exclude certain witnesses from testifying at trial, based either on their lack of first hand knowledge of the events upon which the claims of the pro se Plaintiff, Jerry L. Billingsley, arose or on the fact their testimony was relevant only to the now-dismissed Defendant, the City of Memphis (the "City"). Specifically, the Plaintiff has sought to call Lt. C. Luhrs, Sgt. J. McClain, L.M. Charnes and Offr. Maurice Burton, all of whom are assigned to the City police department's internal affairs division. Billingsley has stated that these individuals will testify as to the procedures for investigating complaints against police officers and particularly in connection with the City's failure to investigate his complaint against Defendant police officer Kirkland. As the City is no longer a party in this matter,[1] any failures on its part to act are no longer relevant to this lawsuit. Accordingly, the Defendant's motion to exclude the testimony of these persons is GRANTED. In addition, the Plaintiff has identified two other witnesses--former schoolmates Offr. Johnny Harper and William Singleton--who he asserts

---

[1] The Court granted the City's motion for summary judgment on November 24, 2004.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-15-05



will testify with respect to the training necessary to be a police officer. Again, as this testimony is relevant only to the liability of City, and because there is no indication Harper or Singleton have any personal knowledge concerning the alleged incident, the motion of the Defendant is also GRANTED as to these proposed witnesses.

IT IS SO ORDERED this 14th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 217 in case 2:02-CV-02920 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Dedrick Brittenum
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Jerry L. Billingsley
1670 Altavista
Memphis, TN 38127

Betsy McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

J. Phillip Kerley
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT