IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JERRY L. BILLINGSLEY,

    Plaintiff,

v.                                No. 02-2920 B

SHELBY COUNTY DEPARTMENT
OF CORRECTION, et al.,

    Defendants.

---

## ORDER DENYING DEFENDANT FORD'S MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR SUMMARY JUDGMENT

---

Before the Court is the December 1, 2005 motion of the Defendant, John Ford, to reconsider its denial of his motion for summary judgment on October 13, 2005. Ford takes a "me-too" stance in the instant motion, adopting and incorporating by reference the arguments made by co-Defendant, Jon Kirkland, in his November 22, 2005 motion for reconsideration of the Court's order denying Kirkland's second motion for summary judgment. In an order entered December 6, 2005, the Court denied Kirkland's motion to reconsider. For the reasons articulated therein, Ford's motion is also DENIED.

IT IS SO ORDERED this 19th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 220 in case 2:02-CV-02920 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Dedrick Brittenum
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

J. Phillip Kerley
BREAKSTONE & ASSOCIATES
8 S. Third St.
4th Floor
Memphis, TN 38103

Jerry L. Billingsley
1670 Altavista
Memphis, TN 38127

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Betsy McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT